Susan C. Norman, Esquire
LAW OFFICE OF SUSAN C. NORMAN
PO Box 55585
Houston, Texas 77255
Phone:  713-882-2066
Facsimile: 281-402-3682
E-mail:  SueNorman@SueNormanLaw.com
Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO.:  24-31651 |
| **JAMISON HAMLIN DYER** | |
| **DEBTOR** | **CHAPTER 13** |

| | | |
|---|---|---|
| JAMISON H. DYER, | § | ADVERSARY NO.:  _____ |
| Plaintiff, | § | |
| vs. | § | |
| LINDA CARUSO, Ind. and as a Member and | § | |
| Director of CARUSO INVESTMENT | § | |
| GROUP LLC; JOHN CARUSO,  a/k/a JOHN | § | |
| R. CARUSO, Ind. and d/b/a CARUSO | § | |
| INVESTMENT GROUP LLC; | § | |
| BRIAN A. SPITZ; Ind. and as the Managing | § | |
| Member of OFF MARKET, LLC, and as | § | |
| President and Director of BIG STATE HOME | § | |
| BUYERS, LLC; OFF MARKET, LLC; and its | § | |
| Parent Company, NEST NETWORK, LLC, | § | |
| Parent Company of OFF MARKET, LLC; BIG | § | |
| STATE HOME BUYERS,LLC; | § | |
| ALEJANDRO SANCHEZ; | § | |
| TIFFINY CARROLL (SCOTT),  Ind. and in her | § | |
| capacity as Assistant Vice President and Senior | § | |
| Escrow Officer for FIDELITY NATIONAL TITLE | § | |
| AGENCY, INC.; FIDELITY NATIONAL TITLE | § | |
| AGENCY, INC.; | § | |
| TEXAS FLIPCO FINANCIAL, LLC, and FLIPCO | § | |
| HOLDCO, LLC, Parent Company of TEXAS | § | |
| FLIPCO FINANCIAL, LLC, | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL OF CIVIL ACTION TO BANKRUPTCY COURT

**TO THE HON. MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:**

  NOW COMES Jamison H. Dyer, Debtor, and files his Notice of Removal of Civil Action to Bankruptcy Court of the lawsuit styled Jamison H. Dyer vs. Linda Caruso, Ind. and as a Member and Director of Caruso Investment Group LLC; John Caruso, a/k/a John R. Caruso, Ind. and d/b/a Caruso Investment Group LLC; Brian A. Spitz, Ind. and as the Managing Member of Off Market, LLC, and as President and Director of Big State Home Buyers, LLC; Off Market, LLC; and its Parent Company, Nest Networks, LLC; parent company of Off Market LLC; Big State Home Buyers; LLC; Alejandro Sanchez; Tiffiny Carroll (Scott), Ind. and in her capacity as Assistant Vice President and Senior Escrow Officer for Fidelity National Title Agency, Inc; Fidelity National Title Agency, Inc; Texas Flipco Financial, LLC, and Flipco Holdco, LLC, Parent Company of Texas Flipco Financial, LLC; Cause No. 2023-08753; pending in the 127th Judicial District Court of Harris County, Texas.

1.  Debtor is the Plaintiff in the above-entitled state-court action.

2.  This action is pending in the 127th Judicial District Court of Harris County, Texas under Cause No. 2023-08753 and a Suggestion of Bankruptcy has been filed.

3.  On April 12, 2024, Debtor filed his bankruptcy petition for relief under Chapter 13 of the United States Bankruptcy Code in the Bankruptcy Court for the Southern District of Texas, Houston Division.

4.  This is a case over which this Court has jurisdiction under 28 U.S.C. § 1334.

5.  The initial state court filing involved:

     a.     a petition to recover a homestead;

     b.     breaches of fiduciary duties;

     c.     statutory fraud;

     d.     common law unreasonable collection efforts;

     e.     violation of the Texas Fair Debt Collection Act;

     f.     Conversion of both real and personal property;

     g.     Trespass to Try Title and Quiet Title Action claims under state law; but will be amended to allege avoidance of sale under 11 U.S.C. §§ 547 and 548 as it relates to homestead claims under § 522(h) of the Bankruptcy Code and is therefore removable to the United States Bankruptcy Court for the Southern District of Texas, Houston Division.  There are additional defendants against whom monetary claims will be filed and who will be added in the amended petition, in addition to the present defendants.

6.     This removal action is timely and is filed within the time requirements of Bankruptcy Rule 9027(a)(2).

7.     A list of the certified copies of the live and important pleadings currently on file with the Clerk of the District Court of Harris County, Texas, are:

     a.     Exhibit 1 - Fourth Amended Petition filed on December 4, 2023, with attached exhibits;

     b.     Exhibit 2 - Supplement to Fourth Amended Petition filed on December 7, 2023, with attached exhibits;

     c.     Exhibit 3 - Plaintiff's Suggestion of Bankruptcy with Exhibit A Image filed on April 12, 2024;

      d.     Exhibit 4 - Notice of Lis Pendens filed on April 16, 2024.

8.    Debtor will give written notice of the filing of this Notice of Removal to all parties listed below  as determined from the current bankruptcy docket and the state court defendants, and will file a copy of the Notice of Removal with the Clerk of the 127th District Court of Harris County, Texas.

9.    The adversary proceeding to be filed (as per the amended claims to be asserted) will involve core proceedings, principally the Title 11 avoidance claims but Debtor will agree to provide consent for entry of final order or judgment by this Bankruptcy Judge on all non-core claims.

10.    The name and address of each party and his/her respective attorney to the best of Plaintiff's knowledge, are as set out in the Certificate of Service as set out below:

| | | |
|---|---|---|
| David Peake<br>Chapter 13 Trustee<br>515 Rusk St # 3516, Houston, TX 77002<br>via electronic delivery to Court@PeakeCh13Trustee.com | U. S. Trustee<br>515 Rusk St # 3516,<br>Houston, TX 77002 | United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave, N.W.<br>Washington, DC |
| IRS Insolvency Office<br>300 E 8th St Stop 5026<br>Austin, TX 78701-3233 | Internal Revenue Service<br>Centralized Insolvency Office<br>Po Box 7346<br>Philadelphia, PA 19101 | U. S. Attorney<br>Civil Process Clerk - IRS<br>601 N. W. Loop 410  600<br>San Antonio, TX 78216 |
| FSB Blaze<br>5501 S Broadband Ln<br>Sioux Falls, SD 57108 | Credit First NA<br>6275 Eastland Rd<br>Brookpark, OH 44142 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 |

Estate of Isaac Dyer to
Eric Dyer
electronic delivery to
Rick.Dyer@Spire.net

Counsel for Tiffiny
Carroll and Fidelity
National Title Agency,
Inc., Counsel, Daniel J.
Mdden, to
DMadden@FoxRothschild
.com

James Brannon via
electronic delivery
JamesBrannon@yahoo.com

Kohls / Capital One
N56 Ridgewood Dr
Menomonee Fal, WI
53051

Lenny Nunez
10223 Russet Field Ct
Houston, TX 77070-3448
via electronic delivery to
LeonardNunez.Amtex@g
mail.com

Linda and John Caruso and
Caruso Investment Group,
LLC Via Electronic Delivery
to
Thomas H. Smith, III at
info@RogerGJain.com

Linebarger Attorneys at
Law
4828 Loop Central Dr Ste
600
Houston, TX 77081-1246

Tax Assessor-Collector
Ann Harris Bennett
Po Box 4622
Houston, TX 77210-4622

Eric Dyer
54 Kingswood DR
Westwood, MA 02090
electronic delivery to
Rick.Dyer@Spire.net

First Svgs Bk-blaze
500 E. 60th Street
Sioux Falls, SD 57104

Counsel for W. Keith
Maxwell, III, and Todd
Gibson, Robert P.
Debelak, III, at
bobby.debelak@mhllp.co
m.

Tax Assessor-Collector
Galveston County
Cheryl E. Johnson, PCCC,
CTOP
722 21st St
Galveston, TX 77550-2317

Alejandro Sanchez to
Brandon Hakari counsel
to
brandon.hakari@fnf.com
and Gregory T. Brewer at
gregory.brewer@fnf.com

Texas Flipco Financial,
LLC, and  Flipco Holdco,
LLC, Parent Company
of Texas Flipco
Financial, LLC, to W.
Keith Maxwell, III, at
servicing@flipcofinancial
.com and
support@flipcofinancial.
com

Brian A. Spitz, Ind. And as
Managing Member of Off
Market, LLC, and as
President and Director of
Big State Home Buyers,
LLC, Off Market, LLC, and
its Parent Company, Nest
Networks, LLC, to counsel
James F. McMartin, IV, at
james.mcmartin4@gmail.co
m and Aaron D. Bieber at
aaron@aaronbieberlaw.com

Respectfully submitted,

Susan C. Norman
State Bar No. 15083020
P.O. Box 55585
Houston, Texas 77255
Tel.: 713-882-2066
Fax: 281-402-3681
SueNorman@SueNormanLaw.com
Counsel for Debtor

Certificate of Service

    I hereby certify that on April 17, 2024, I sent a true and correct copy of the Notice of Removal of Civil Action to Bankruptcy Court, to the below-listed parties by electronic service, through the Court's Pacer system, or, as indicated, by First Class United States Mail, postage prepaid.

Susan C. Norman

| | | |
|---|---|---|
| David Peake<br>Chapter 13 Trustee<br>515 Rusk St # 3516, Houston,<br>TX 77002<br>via electronic delivery to<br>Court@PeakeCh13Trustee.com | U. S. Trustee<br>515 Rusk St # 3516,<br>Houston, TX 77002 | United States Attorney<br> General<br>Department of Justice<br>950 Pennsylvania Ave,<br>N.W.<br>Washington, DC |
| IRS Insolvency Office<br>300 E 8th St Stop 5026<br>Austin, TX 78701-3233 | Internal Revenue Service<br>Centralized Insolvency<br>Office<br>Po Box 7346<br>Philadelphia, PA 19101 | U. S. Attorney<br>Civil Process Clerk - IRS<br>601 N. W. Loop 410  600<br>San Antonio, TX 78216 |
| FSB Blaze<br>5501 S Broadband Ln<br>Sioux Falls, SD 57108 | Credit First NA<br>6275 Eastland Rd<br>Brookpark, OH 44142 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 |

Estate of Isaac Dyer to
Eric Dyer
electronic delivery to
Rick.Dyer@Spire.net

Counsel for Tiffiny
Carroll and Fidelity
National Title Agency,
Inc., Counsel, Daniel J.
Mdden, to
DMadden@FoxRothschild
.com

James Brannon via
electronic delivery
JamesBrannon@yahoo.com

Kohls / Capital One
N56 Ridgewood Dr
Menomonee Fal, WI
53051

Lenny Nunez
10223 Russet Field Ct
Houston, TX 77070-3448
via electronic delivery to
LeonardNunez.Amtex@g
mail.com

Linda and John Caruso and
Caruso Investment Group,
LLC Via Electronic Delivery
to
Thomas H. Smith, III at
info@RogerGJain.com

Linebarger Attorneys at
Law
4828 Loop Central Dr Ste
600
Houston, TX 77081-1246

Tax Assessor-Collector
Ann Harris Bennett
Po Box 4622
Houston, TX 77210-4622

Eric Dyer
54 Kingswood DR
Westwood, MA 02090
electronic delivery to
Rick.Dyer@Spire.net

First Svgs Bk-blaze
500 E. 60th Street
Sioux Falls, SD 57104

Counsel for W. Keith
Maxwell, III, and Todd
Gibson, Robert P.
Debelak, III, at
bobby.debelak@mhllp.co
m.

Tax Assessor-Collector
Galveston County
Cheryl E. Johnson, PCCC,
CTOP
722 21st St
Galveston, TX 77550-2317

Alejandro Sanchez to
Brandon Hakari counsel
to
brandon.hakari@fnf.com
and Gregory T. Brewer at
gregory.brewer@fnf.com

Texas Flipco Financial,
LLC, and  Flipco Holdco,
LLC, Parent Company
of Texas Flipco
Financial, LLC, to W.
Keith Maxwell, III, at
servicing@flipcofinancial
.com and
support@flipcofinancial.
com

Brian A. Spitz, Ind. And as
Managing Member of Off
Market, LLC, and as
President and Director of
Big State Home Buyers,
LLC, Off Market, LLC, and
its Parent Company, Nest
Networks, LLC, to counsel
James F. McMartin, IV, at
james.mcmartin4@gmail.co
m and Aaron D. Bieber at
aaron@aaronbieberlaw.com