Susan C. Norman, Esquire
LAW OFFICE OF SUSAN C. NORMAN
PO Box 55585
Houston, Texas 77255
Phone: 713-882-2066
Facsimile: 281-402-3682
E-mail: SueNorman@SueNormanLaw.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 24-31651 |
| JAMISON HAMLIN DYER | § | |
| DEBTOR | § | CHAPTER 13 |

**DEBTOR'S APPLICATION TO EMPLOY
SPECIAL LITIGATION COUNSEL PURSUANT TO U.S.C. §330**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Debtor, by and through the undersigned attorney, and files this *Debtor's Application to Employ Special Litigation Counsel Pursuant to 11 U.S.C. §330* and would respectfully show the Court as follows:

1.  On April 12, 2024, Debtor filed a Chapter 13 Bankruptcy, and on April 17 2024, filed *Notice of Removal* of state court matter pending in the 127th Judicial District Court of Harris County, Texas under Cause No. 2023-08753, in which Debtor is the Plaintiff and multiple individuals and entities are Defendants.

2.  It is necessary to employ special litigation counsel to represent Debtor in the above-referenced litigation matter involving

    a.  a petition to recover a homestead;

Page -1-

    b.    breaches of fiduciary duties;

    c.    statutory fraud;

    d.    common law unreasonable collection efforts;

    e.    violation of the Texas Fair Debt Collection Act;

    f.    Conversion of both real and personal property;

    g.    Trespass to Try Title and Quiet Title Action claims under state law; and which proceeding will be amended to include

    h.    avoidance of sale under 11 U.S.C. §§ 547 and 548 as it relates to homestead claims under § 522(h) of the Bankruptcy Code.

3.    Debtor seeks to employ Susan C. Norman, an attorney licensed to practice in the State of Texas and in the United States District Court for the Southern District of Texas for this adversary proceeding. Moreover, Ms. Norman is experienced in state court litigation involving wrongful foreclosure matters and the litigation issues set out above, and is currently a counsel of record for Debtor in its pending state court litigation involving the wrongful foreclosure as well as the various state court matters set out above.

WHEREFORE, for these reasons, Debtor respectfully requests that the Court grant this Debtor's Application to Employ Special Litigation Counsel pursuant to 11 U.S.C. §330.

Respectfully submitted,

*/s/ Sue Norman*

Susan C. Norman
State Bar No. 15083020
P.O. Box 55585
Houston, Texas 77255
Tel.: 713-882-2066
Fax: 281-402-3681
SueNorman@SueNormanLaw.com
Counsel for Debtor

Certificate of Service

I hereby certify that on April 23, 2024, I sent a true and correct copy of the *Debtor's Application to Employ Special Litigation Counsel Pursuant to 11 U.S.C. §330* to the below-listed individuals who have electronic service, through the Court's Pacer system, and, by First Class United States Mail, postage prepaid to those who do not use electronic service.

*/s/ Sue Norman*

Susan C. Norman

| | | |
|---|---|---|
| David Peake<br>Chapter 13 Trustee<br>515 Rusk St # 3516, Houston, TX 77002 via electronic delivery to Court@PeakeCh13Trustee.com | U. S. Trustee<br>515 Rusk St # 3516,<br>Houston, TX 77002 | United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave, N.W.<br>Washington, DC |
| IRS Insolvency Office<br>300 E 8th St Stop 5026<br>Austin, TX 78701-3233 | Internal Revenue Service<br>Centralized Insolvency Office<br>Po Box 7346<br>Philadelphia, PA 19101 | U. S. Attorney<br>Civil Process Clerk - IRS<br>601 N. W. Loop 410  600<br>San Antonio, TX 78216 |
| FSB Blaze<br>5501 S Broadband Ln<br>Sioux Falls, SD 57108 | Credit First NA<br>6275 Eastland Rd<br>Brookpark, OH 44142 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 |

| | | |
|---|---|---|
| Estate of Isaac Dyer to Eric Dyer electronic delivery to Rick.Dyer@Spire.net | Counsel for Tiffiny Carroll and Fidelity National Title Agency, Inc., Counsel, Daniel J. Mdden, to DMadden@FoxRothschild.com | James Brannon via electronic delivery JamesBrannon@yahoo.com |
| Kohls / Capital One N56 Ridgewood Dr Menomonee Fal, WI 53051 | Lenny Nunez 10223 Russet Field Ct Houston, TX 77070-3448 via electronic delivery to LeonardNunez.Amtex@gmail.com | Linda and John Caruso and Caruso Investment Group, LLC Via electronic delivery to Thomas H. Smith, III at info@RogerGJain.com |
| Linebarger Attorneys at Law 4828 Loop Central Dr Ste 600 Houston, TX 77081-1246 | Tax Assessor-Collector Ann Harris Bennett Po Box 4622 Houston, TX 77210-4622 | Eric Dyer 54 Kingswood DR Westwood, MA 02090 electronic delivery to Rick.Dyer@Spire.net |
| First Svgs Bk-blaze 500 E. 60th Street Sioux Falls, SD 57104 | Counsel for W. Keith Maxwell, III, and Todd Gibson, Robert P. Debelak, III, at bobby.debelak@mhllp.com. | Tax Assessor-Collector Galveston County Cheryl E. Johnson, PCCC, CTOP 722 21st St Galveston, TX 77550-2317 |
| Alejandro Sanchez to Brandon Hakari counsel to brandon.hakari@fnf.com and Gregory T. Brewer at gregory.brewer@fnf.com | Texas Flipco Financial, LLC, and Flipco Holdco, LLC, Parent Company of Texas Flipco Financial, LLC, to W. Keith Maxwell, III, at servicing@flipcofinancial.com and support@flipcofinancial.com | Brian A. Spitz, Ind. And as Managing Member of Off Market, LLC, and as President and Director of Big State Home Buyers, LLC, Off Market, LLC, and its Parent Company, Nest Networks, LLC, to counsel James F. McMartin, IV, at james.mcmartin4@gmail.com and Aaron D. Bieber at aaron@aaronbieberlaw.com |