IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 24-31651 |
| JAMISON HAMLIN DYER | § | |
| DEBTOR | § | CHAPTER 13 |

**AFFIDAVIT OF PROPOSED SPECIAL LITIGATION COUNSEL**

STATE OF TEXAS § 
§
COUNTY OF HARRIS §

I, Susan C. Norman, hereby make solemn oath::

1. I am an Attorney at Law, duly admitted to practice in the State of Texas and all state and federal courts in Texas and all courts martial;

2. I provide my services under the name of Susan C. Norman, Attorney at Law and Certified Mediator;

3. Other than representing Debtor, I have no connection with the Debtor, or any other party in interest herein, or their respective attorneys or accountants;

4. I have no connection with the United States Trustee or any person employed in the Office of the United States Trustee; and

5. The firm represents no interest adverse to the Debtor herein, or his estate in the matters upon which the undersigned counsel is to be engaged.

Signed on April 22, 2024.

_____
Susan C. Norman

Subscribed and Sworn to before me by Susan C. Norman this 22nd day of April, 2024.

_____
Notary Public in and for
The State of Texas

RHONDA CLARK
Notary ID #1847988
My Commission Expires
August 2, 2026