IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO.: 24-31651 |
| JAMISON HAMLIN DYER § | | |
| DEBTOR § | | CHAPTER 13 |

**ORDER ON DEBTOR'S APPLICATION TO EMPLOY
SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. §330**

This Court, having considered *Debtor's Application to Employ Special Litigation Counsel Pursuant to 11 U.S.C. §330* finds that the Application should be GRANTED and that Susan C. Norman shall be employed as Special Litigation Counsel to represent Debtor in the matter.

Signed this _____ day of _____, 2024.

_____
MARVIN ISGUR
United States Bankruptcy Judge