UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| JAMISON HAMLIN DYER, | Case No.: 24-31651-MI |
| Debtor. | (Jointly Administered) |

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Fidelity National Title Company and broker Tiffany Carroll, pursuant to Section 1109 of Title 11 of the United States Code and Rules 2002, 3017, 9007 and 9019 of the Federal Rules of Bankruptcy procedure, hereby request that all notices given or required to be given in these cases to creditors, any creditors' committee, or any other party in interest (including all matters described pursuant to Sections 102(1) and 1109(b) and Bankruptcy Rules 2002(a), (b), (c), (f) and (i), 3017(a), 9007 and 9010) and all papers or other documents filed, served, or required to be served in the above-captioned bankruptcy cases, be served on the addressees listed below and that, pursuant to Bankruptcy Rules 2002(g) and 9007, the following be added to the Court's master mailing list:

Trey A. Monsour, Esq.
Daniel J. Madden
Fox Rothschild LLP
Saint Ann Court
2501 North Harwood Street, Suite 1800
Dallas, TX  75201
Telephone:   (214) 231-5796
Facsimile:    (972) 404-0516
Cell:   (713) 927-7469
E-mail: tmonsour@foxrothschild.com
dmadden@foxrothschild.com

157738760.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any plans, disclosure statements, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex, or otherwise.

This appearance and demand for notice is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Fidelity National Title Company, and is not a waiver of the rights of Fidelity National Title Company, specifically, but not limited to, (i) Fidelity National Title Company's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) Fidelity National Title Company's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) Fidelity National Title Company's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Fidelity National Title Company are or may be entitled under any agreement, in law, or in equity-all of which rights, claims, actions, defenses, setoffs and recoupments Fidelity National Title Company expressly reserve.

*(Signature page follows)*

157738760.1

Dated: May 3, 2024

/s/ *Trey A. Monsour*
Trey A. Monsour, Esq. (Tex. Bar No. 14277200)
Daniel J. Madden, Esq.
Fox Rothschild LLP
Saint Ann Court
2501 North Harwood Street, Suite 1800
Dallas, TX  75201
Telephone:	(214) 231-5796
Facsimile:	(972) 404-0516
E-mail: tmonsour@foxrothschild.com
         dmadden@foxrothschild.com

*Attorneys for Fidelity National Title Company and Tiffany Carroll*

## Certificate of Service

I hereby certify that on April 24, 2024, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served by email on the parties who receive electronic notice in these cases pursuant to the Court's ECF filing system.

>  /s/ Trey A. Monsour
>  TREY A. MONSOUR

157738760.1