UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> JAMISON HAMLIN DYER, <br><br> Debtor. | Chapter 11 <br><br> Case No.: 24-31651-MI <br><br> (Jointly Administered) |

### VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

In connection with the chapter 11 case of the above-captioned debtor (the "Debtor"), Fox Rothschild LLP ("Counsel") hereby submits this verified statement under Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with Counsel's representations in the case.

1. Counsel represents Fidelity National Title Company in the above-referenced case. In addition, Counsel represents Tiffany Carroll who was formerly an employee at Fidelity National Title Company who was a broker involved in the sale of the disputed property. Each member is aware of and has consented to Counsel's representation of both parties in the above-captioned case.

2. Pursuant to Bankruptcy Rule 2019, neither party has a disclosable economic interest in relation to the Debtor. *See* Fed. R. Bankr. P. 2019(c).

3. This verified statement is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.

4. Upon information and belief formed after due inquiry, Counsel does not hold any claims against or equity interests in the Debtor.

158049453.1

5.  Counsel will amend or supplement this verified statement if necessary to ensure continuing compliance with Bankruptcy Rule 2019.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

May 3, 2024

        FOX ROTHSCHILD, LLP

/s/ *Trey A. Monsour*
Trey A. Monsour, Esq. (Tex. Bar No. 14277200)
Daniel J. Madden, Esq.
Fox Rothschild LLP
Saint Ann Court
2501 North Harwood Street, Suite 1800
Dallas, TX  75201
Telephone:   (214) 231-5796
Facsimile:    (972) 404-0516
E-mail: tmonsour@foxrothschild.com
dmadden@foxrothschild.com

*Attorneys for Fidelity National Title Company and Tiffany Carroll*

158049453.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copies of the foregoing *Verified Statement Pursuant to Bankruptcy Rule 2019* was served to all parties of record via CM/ECF on May 3, 2024.

>                                    /s/ Trey Monsour
>                                    Trey Monsour

158049453.1