United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 24-31651 |
| **JAMISON HAMLIN DYER** | § | |
| DEBTOR | § | CHAPTER 13 |

## ~~ORDER ON DEBTOR'S APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. §330~~

Leave is granted to supplement the application with a copy of the proposed retention agreement.

Signed: May 15, 2024

_____
Marvin Isgur
United States Bankruptcy Judge

MARVIN ISGUR
United States Bankruptcy Judge